IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUISE GILLASPY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05-cv-318-MEF |
| | ) | |
| OSI COLLECTION SERVICES, INC., | ) | (WO) |
| | ) | |
| Defendant. | ) | |

# **FINAL  JUDGMENT**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. #20) filed on May 2, 2006, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED in its entirety WITH PREJUDICE, each party to bear its own costs and expenses.

The Clerk of the Court is directed to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 4th day of May, 2006.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE